UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK TRACHTMAN,<br>    Plaintiff,<br><br>v.<br><br>THE MUTUAL LIFE INSURANCE<br>COMPANY OF NEW YORK,<br>    Defendant. | :<br>:<br>:<br>:   No. 5:23-cv-2324<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 3rd day of January 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss Count III of Plaintiff's First Amended Complaint, *see* ECF No. 14, is **GRANTED.** Count III is **DISMISSED without prejudice**;

    a. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to Count III.

    b. If Plaintiff fails to timely file an amended complaint, Count III will be dismissed with prejudice and the matter will proceed on Counts I and II only.

2. The Motion to Strike, *see* ECF No. 14, is **GRANTED.** Plaintiff's demand for attorney's fees in Count I is **STRICKEN** from Plaintiff's First Amended Complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge